974

THE SCHENECTADY TRUST COMPANY, as Trustee under Agreement Made by GEORGE E. EMMONS, Dated June 20, 1927, and Amendments Thereto, Respondent, v. NATHANIEL D. EMMONS, Also Known as DANIEL WESTBROOK, Appellant, THE SECURITY FIRST NATIONAL BANK OF LOS ANGELES, AT PASADENA, CALIFORNIA, as Executor, etc., of GEORGE E. EMMONS, Deceased, and Others, Respondents, and FLORENCE C. SEWARD and Others, Defendants Not Appearing.— Appeal from an order denying a motion to amend interlocutory judgment and final judgment to include a special allowance and disbursements. The facts of this case appear fully in Schenectady Trust Co. v. Emmons (261 App. Div. 154; affd., 286 N. Y. 626; Id. 698; and in 263 App. Div. 542). Order denying the motions to amend the interlocutory judgment and final judgment reversed, on the law and facts, with twenty-five dollars costs, and the motion is granted, with ten dollars costs. The final judgment and the interlocutory judgment is each amended so as to allow to Leary & Fullerton, attorneys for Nathaniel D. Emmons, an extra allowance of $2,000 and disbursements of $1,159.16, payable out of the trust fund. The amendment is made for the reasons outlined at length in the opinion of Bliss, J., in 263 App. Div. 542. Hill, P. J., Bliss and Heffernan, JJ., concur; Foster, J., dissents, in a memorandum in which Schenck, J., concurs.

FOSTER, J. (dissenting). I am unable to agree with the view of the majority. Unless the doctrine laid down in Herpe v. Herpe (225 N. Y. 323) is overruled neither this court nor the trial court has power to amend a judgment which has become final except to correct clerical errors or grant relief to which a party is entitled as a matter of course. The proposed amendment does not come within these exceptions, and to the contrary deals with a substantive part of the judgment, i e., the award of additional costs. The order appealed from should be affirmed. SCHENCK, J., concurs with FOSTER, J.

In the Matter of the Application of the BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT NO. 1 OF THE TOWNS OF SHAWANGUNK, PLATTEKILL, GARDINER and MARLBOROUGH, ULSTER COUNTY, NEWBURGH and MONTGOMERY, ORANGE COUNTY, Petitioner, for an Order of Certiorari to Review an Assessment Made by EDWARD E. MURRAY and Others, as and Constituting the Town Board of the Town of Shawangunk, to Review Assessments Confirmed and Fixed by the Said Town Board Upon Property of the Petitioner for the Year 1941. EDWARD E. MURRAY, and Others, as and Constituting the Town Board of the Town of Shawangunk, Appellants; Board of Education of Central School District No. 1, of the Towns of Shawangunk, Plattekill, Gardiner and Marlborough, Ulster County, Newburgh and Montgomery, Orange County, Respondent.— Appeals from three orders of the County Court of Ulster county. The first, dated February 11, 1942, denied appellants' motion to dismiss a petition which sought the review of a special sewer assessment made against the petitioner by the appellants; the second, dated April 3, 1942, struck out the amended answer of appellants to said petition as insufficient in law; and the third, dated May 8, 1942, modified the order of April 3, 1942, as to the recitation of certain papers upon which the latter order was granted and directed the appellants to file an answer as required by section 1291 of the Civil Practice Act. Orders unanimously affirmed, with twenty-five dollars costs and disbursements, and appellants are directed to make return to the petition within twenty days of the service of the order to be entered upon this decision. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.